| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **New York Crane & Equipment Corp.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years |
|---|---|
| | Include any assumed names, trade names and *doing business as* names |

| 3. | Debtor's federal Employer Identification Number (EIN) | **22-3267592** |
|---|---|---|

4. Debtor's address

**Principal place of business**

**58-38 47th Street**
**Maspeth, NY 11378**
Number, Street, City, State & ZIP Code

**Queens**
County

**Mailing address, if different from principal place of business**

**286 Central Avenue**
**Kearny, NJ 07032**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor  **New York Crane & Equipment Corp.**                                    Case number (*if known*) _____
        _____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| Debtor  **See attached list** | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Schedule to Petition Question #10

<u>Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor</u>

On January 6, 2016 each of the entities listed below filed a petition in this Court for relief under chapter 11 of the United States Code.

| | |
|---|---|
| 1. | New York Crane & Equipment Corp. |
| 2. | J.F. Lomma, Inc. (New Jersey) |
| 3. | J.F. Lomma, Inc. (Delaware) |
| 4. | James F. Lomma |

| Debtor | **New York Crane & Equipment Corp.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

▮ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ▮ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ▮ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ▮ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    New York Crane & Equipment Corp.                                    Case number (if known) _____
           _____
           Name

Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
         for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    **representative of debtor**
                               I have been authorized to file this petition on behalf of the debtor.

                               I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                               I declare under penalty of perjury that the foregoing is true and correct.

                               Executed on    January 6, 2016
                                              _____
                                              MM / DD / YYYY

                           X   _____              James F. Lomma
                               Signature of authorized representative of debtor   Printed name

                               Title    **President**
                               _____


**18. Signature of attorney**    X  _____          Date  January 6, 2016
                                   Signature of attorney for debtor                  MM / DD / YYYY

                                   Kevin J. Nash
                                   _____
                                   Printed name

                                   Goldberg Weprin Finkel Goldstein LLP
                                   _____
                                   Firm name

                                   1501 Broadway 22nd Floor
                                   New York, NY 10036
                                   _____
                                   Number, Street, City, State & ZIP Code

                                   Contact phone   (212) 221-5700       Email address   knash@gwfglaw.com

                                   _____
                                   Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                          Chapter 11

NEW YORK CRANE & EQUIPMENT
CORP., *et al.*,                                                Case No.

                                        Debtors.[1]

-----------------------------------------------------------x

## CONSOLIDATED DECLARATION OF JAMES F. LOMMA
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

James F. Lomma declares the following under penalties of perjury pursuant to 28 U.S.C. §1967:

1.    I am the president of the three corporate Chapter 11 debtors herein, New York Crane & Equipment Corp. ("New York Crane"), J.F. Lomma, Inc. (DE) and J.F. Lomma, Inc. (NJ), as well as the individual Chapter 11 debtor (collectively, the "Debtors"). I respectfully submit this Consolidated Declaration in support of the Debtors' respective Chapter 11 filings in accordance with the Local Rules of this Court.

2.    Contemporaneously herewith, the respective Debtors are moving to have their cases jointly administered for procedural purposes. This Declaration is being filed for all of the Debtors and reflects the proposed joint caption for the related bankruptcy proceedings.

3.    The purpose of this Declaration is to provide pertinent information regarding the circumstances prompting the Chapter 11 filings, the Debtors' respective businesses, assets, and capital structure, and the Debtors' strategies for reorganization.

---

[1]  The Debtors in these Chapter 11 cases are as follows: New York Crane & Equipment Corp., J.F. Lomma, Inc. (NJ) ("Trucking"), J.F. Lomma, Inc. (DE) ("Rigging") and James F. Lomma. The Debtors intend to file a motion pursuant to Fed. R. Bank. P. 1015(b) for entry of an order directing joint administration of these related Chapter 11 cases.

## Salient Events Leading up to the Chapter 11 Filings

4.     The decision to seek Chapter 11 relief is certainly not an easy one.  However, recent events have left the Debtors no viable alternative if they hope to continue active business operations and preserve the going concern value of their assets while the Debtors pursue an appeal from certain adverse judgments entered in the Supreme Court, New York County on January 5, 2016.

5.     The judgments followed a highly-publicized civil trial in which two wrongful death claimants were awarded verdicts totaling $96 million for compensatory and punitive damages (subject to certain credits and offsets) emanating out of the 91st Street crane collapse litigation (Index No. 771000/2010).

6.     Historically, the Debtors have operated successful crane, trucking and rigging companies doing business in New York City and other parts of the country, enjoying a fine reputation in the construction industry.  Indeed, the Debtors have provided equipment and services in connection with many significant development projects over the years, including current projects being serviced by New York Crane at the Hudson Yards, the re-development of the World Trade Center, and replacement of the Kosciuszko Bridge in Brooklyn.

7.     On May 30, 2008, a Kodiak tower crane owned by New York Crane, and leased to a concrete subcontractor known as Sorbara Construction Corporation ("Sorbara") collapsed while in use at a construction site at 333 East 91st Street in New York City.  The crane operator employed by Sorbara, Donald Leo, and another construction worker, Ramadan Kurtaj, died in the accident.  The accident was widely chronicled and led to a number of investigations, including a criminal indictment by the New York District Attorney.

8.     The investigation focused on whether the crane collapse was caused by a defective weld performed by an overseas company engaged by New York Crane to attach the crane apparatus (the boom) to the turntable and base of the crane. I was charged criminally because New York Crane allegedly hired an inexperienced company to perform the weld replacement, although the crane was tested by engineering firms before it was put back into service.

9.     On April 26, 2012, I was fully acquitted of all criminal charges after presenting substantial evidence and expert testimony indicating that the crane collapse was the result of operator error combined with the disengagement of safety devices by the operating crew at the construction site.

10.     In essence, because various safety devices for the crane were disengaged by employees of Sorbara, there was no means to prevent the crane from operating after the boom was raised to a dangerous angle nor to prevent the iron ball above the load line hook (the headache ball) from being raised into the tip of the boom. As a result, the welds holding the boom broke apart and the crane collapsed backwards, falling onto the adjoining property.

11.     While the Debtors' defenses were vindicated during the criminal trial, they still faced a plethora of civil lawsuits. The two most significant lawsuits involved wrongful death actions brought by the respective estates of Donald Leo and Ramadan Kurtaj. These plaintiffs continued to claim that the collapse was caused by a defective weld installed by the overseas company. The Debtors were sued under alternate tort theories including negligence and recklessness in connection with the repair and replacement of the weld.

12.     After a ten month civil trial, a jury found in favor of the respective estates of Donald Leo and Ramadan Kurtaj, awarding 48 million dollars in total compensatory damages

and 48 million dollars in punitive damages on August 3, 2015. Liability was apportioned 61% against me personally, 19% against New York Crane and 20% against J.F. Lomma, Inc. without specifying any apportionment as between the Trucking and Rigging companies.

13.     The Debtors' attorneys believe there are substantial grounds to appeal and reverse the verdict. Indeed, much of the expert reports and evidence admitted during the criminal trial was not admitted in the civil trial. These preclusive rulings denied the Debtors the meaningful opportunity to present evidence in support of the Debtors' defense that the collapse was attributable to a combination of operator error and erection crew error when the limit switches were disengaged. This disengagement led to an ensuing "two blocking" condition (i.e., raising the crane's headache ball above the hook into the tip of the boom of the tower crane). When the boom is raised at a steep angle, the two blocking condition will cause the crane to collapse regardless of the strength of the weld.

14.     Important evidence exists that supports the Debtors' contention that the weld was sufficiently sound and broke apart by virtue of the crane falling backwards following operator and erection crew error. In sum, the Debtors were denied the opportunity to present any evidence of alternate causation for the incident, i.e., operator and erection crew error during the civil trial, in stark contrast to the same type of evidence allowed and presented during the criminal trial.

15.     The Debtors intend to vigorously pursue their appellate rights and have already prepared and filed notices of appeal which they intend to perfect with the Appellate Division as quickly as possible. In view of the erroneous rulings by the trial court in preventing the Debtors' experts from testifying, excluding the introduction of evidence based on exceptions to the hearsay rule, permitting the award of punitive damages, permitting an erroneous ruling against

4

J.F. Lomma, Inc. (Delaware), even though it was not a party, the Debtors believe that there are strong grounds for the verdicts to be reversed in their entirety and a re-trial ordered. Moreover, since the compensatory verdicts far exceed what has been sustained by the Appellate Division for similar circumstances, there are also good grounds to obtain a reduction in the compensatory verdicts on appeal and the elimination of punitive damages.

16.    In the interim, the Debtors are seeking Chapter 11 relief to prevent a premature dismantling of the companies until full appellate review is concluded. The Debtors intend to move shortly for relief from the automatic to continue with the appellate process. It is expected that the appeal can be concluded within a period of nine months. During this time, the Debtors intend to continue operating in the normal course of business and can sustain profitable operations.

17.    The costs of the appeal are covered by the Debtors' excess general liability insurers, Lexington Insurance Company and/or Zurich Insurance Company, which are paying the legal fees for Wilson Elser, the Debtors' trial counsel and co-proposed special appellate counsel. I also personally retained the services of Nathaniel Z. Marmur, an experienced appellate attorney to work on the appeal as well.

### The Debtors' Businesses

18.    New York Crane is a New York corporation organized in 1993 which is engaged in the business of renting unmanned cranes in New York City. I am the sole shareholder of New York Crane which employs a total workforce of 17 people.

19.    New York Crane's main yard is located in Maspeth, Queens, where its inventory of cranes is stored. A full set of schedules is being filed with the respective petition listing all assets and liabilities of New York Crane. New York Crane was the lead defendant in the 91st

Street crane litigation, as well as a defendant in the 51st Street crane litigation, which involved another tower crane involved in an accident at 303 East 51st Street on March 15, 2008. The 51st Street accident was caused by improper rigging of collars under the supervision of a third-party master rigger. New York Crane is one of many defendants in the lawsuit but most of the focus is on claims against the master rigger, who was an employee of the subcontractor involved in the project. In the last fiscal year ending August 31, 2015, New York Crane generated total sales income of $17,895,234.

20.    J.F. Lomma, Inc. (Trucking) is a New Jersey corporation organized in 1973 which is engaged in the interstate trucking business. I am the sole shareholder of J.F. Lomma, Inc. (Trucking) which employs a total workforce of 75 people. A full set of schedules is being filed with the respective petition listing all assets and liabilities of J.F. Lomma, Inc. (Trucking). In the last fiscal year ending August 31, 2015, J.F. Lomma, Inc. (Trucking) generated total income of $5,645,818.

21.    J.F. Lomma, Inc. (Rigging) is a Delaware corporation organized in 1989 which rents cranes outside the City of New York. I am the sole shareholder of J.F. Lomma, Inc. (Rigging) which employs a total workforce of 37 people. A full set of schedules is being filed with the respective petition listing all assets and liabilities of J.F. Lomma, Inc. (Rigging). In the last fiscal year ending August 31, 2015, J.F. Lomma, Inc. (Rigging) generated total income of $24,929,282.

22.    I personally reside in Staten Island and serve as president and 100% shareholder of the respective corporate Debtors. I also have interests in other businesses and real estate companies, primarily with my long-time partner, Frank Kearney, and one of my daughters. A list of all of my assets and income is attached to my personal Chapter 11 petition.

## The Reorganization Strategy

23.    The overall reorganization strategy is to maintain active business and going concern values and diligently pursue favorable results in the Appellate Division. The Debtors collectively employ more than 129 people and are integral to a number of active construction projects. Accordingly, any piecemeal and premature liquidation of the companies would have severe repercussions for third parties.

## Local Rule 1007 Disclosures

24.    Pursuant to Local Rule 1007-4(a)(iii-iv), no committees were formed prior to the filing of the Debtors' respective Petitions.

25.    Pursuant to Local Rule 1007-4(a)(v), a list of the names and addresses of the creditors holding the 20 largest unsecured claims against each of the respective Debtors is attached to the respective Petitions.

26.    I have certain outstanding personal mortgage debt as listed in my personal bankruptcy Schedules. The corporate Debtors have no secured creditors and no mortgage or lien debt.

27.    Pursuant to Local Rule 1007-4(a)(vii), a summary of the assets and liabilities of each Debtor is set forth in the respective Schedules.

28.    Pursuant to Local Rule 1007-4(a)(viii), I am the sole equity holder of each of the corporate Debtors.

29.    Pursuant to Local Rule 1007-4(a)(ix), none of the Debtor's respective properties or assets are in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

30.    Pursuant to Local Rule 1007-4(a)(x), the Debtors' interests in real property are reflected in the respective Schedules.

31.    Pursuant to Local Rule 1007-4(a)(xi), the Debtors' respective assets are located primarily in Maspeth, Queens and South Kearney, New Jersey.

32.    Pursuant to Local Rule 1007-4(a)(xii), a list of all pending lawsuits is attached to the Petitions.

33.    Pursuant to Local Rule 1007-4(a)(xiii), I am the president of the Debtors and earn a yearly salary of $161,494 paid by J.F. Lomma, Inc. (Trucking).

34.    Pursuant to Local Rule 1007-4(a)(xix-xvi), a 30-day budget for each of the corporate Debtors is attached hereto as Exhibits 1, 2 and 3.

Dated: January 6, 2016

_____
JAMES F. LOMMA

X:\GWFG\new data\Yen\word\Lomma, James\Joint Local Rule Affidavit - 1-5-16.docx

8

| J.F. LOMMA, INC. (NJ) Estimate | | |
|---|---|---|
| REVENUE | | 164,532 |
| | | - |
| Salaries and Wages | | 116,353 |
| Fringe Benefits | | 39,190 |
| Operating Expenses | | 49,225 |
| | | - |
| General and Admin Expenses | | 15,466 |
| | | - |
| Operating Taxes | | 20,246 |
| | | - |
| Insurance | | 30,115 |
| | | - |
| Communication & Utilities | | 5,617 |
| | | - |
| Equipment Rentals | | 7,500 |
| | | - |
| Office and Eq. Rentals | | 30,157 |
| | | - |
| Misc Expenses | | 2,920 |
| | | - |
| TOTAL OPERATING EXP. | | 316,789 |
| | | - |
| OPERATING INCOME | | (152,257) |

| NY Crane | |
|---|---:|
| | |
| REVENUE | 1,667,650 |
| Salaries and Wages | 314,522 |
| Fringe Benefits | 92,250 |
| Operating Expenses | 161,854 |
| General and Administration Expenses | 13,149 |
| Operating Taxes | 40,357 |
| Insurance | 53,666 |
| Communication and Utilities | 5,727 |
| Depreciation | 42,036 |
| Equipment Rentals | 627,235 |
| Office and Office Eq Rental | 67,674 |
| Misc Expenses | 22,713 |
| TOTAL OPERATING EXP. | 1,441,183 |
| INCOME BEFORE TAXES | 226,467 |

| J.F. Lomma Inc. (Delaware) | |
|---|---:|
| REVENUE | 2,054,066 |
| Salaries and Wages | 377,832 |
| Fringe Benefits | 137,157 |
| Operating Expenses | 295,659 |
| General & Admin Expenses | 39,825 |
| Operating Taxes | 15,899 |
| Insurance | 60,608 |
| Communication & Utilities | 9,327 |
| Equipment Rentals | 857,454 |
| Office and Eq. Rental | 27,460 |
| Misc Expenses | 10,345 |
| TOTAL OPERATING EXP. | 1,831,565 |
| INCOME BEFORE TAXES | 222,501 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              Chapter 11

NEW YORK CRANE & EQUIPMENT CORP.,                   Case No.

                          Debtor.
-------------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of the shareholders of New York Crane & Equipment Corp.

(the "Company") held on December 21, 2015 and after motion duly made, seconded and

unanimously carried, it was:

> **RESOLVED**, that James F. Lomma, as President of the Company, is authorized to execute a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the filing thereof on behalf of the Company; and it is further
>
> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purposes of prosecuting the Chapter 11 case; and it is further
>
> **RESOLVED**, the Company is authorized to retain the respective law firms of Wilson Elser and Nathaniel Z. Marmur, PLLC, as special litigation and appellate counsel, for the purpose of prosecuting the appeal in connection with the judgments in the 91st Street Crane Collapse Litigation, together with all post-trial proceedings and any other related litigation.

Dated: New York, New York
       January 5, 2016

                          New York Crane & Equipment Corp.

                          By:  _____
                               Name: James F. Lomma
                               Title: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
In re:                                              Chapter 11

NEW YORK CRANE & EQUIPMENT CORP.                    Case No.

                        Debtor,
--------------------------------------------------------------------X

## EQUITY INTEREST HOLDERS

    James F. Lomma                    100%

Dated: New York, New York
      January 5, 2016

                            New York Crane & Equipment Corp.

                        By:          _____
                            Name:  James F. Lomma
                            Title:   President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                    Chapter 11

NEW YORK CRANE & EQUIPMENT CORP.                          Case No.

                          Debtor,
-----------------------------------------------------------------X

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, New York Crane & Equipment Corp.

certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.

Dated: New York, New York
       January 6, 2016

                              New York Crane & Equipment Corp.


                              By:    _____
                                     Name:  James F. Lomma
                                     Title:  President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Chapter 11

NEW YORK CRANE & EQUIPMENT CORP.                 Case No.

                        Debtor.
-----------------------------------------------------------x

### SCHEDULE OF LAWSUITS

1.    In re 91st Street Crane Collapse Litigation
      Supreme Court, New York County
      Index No. 77100/2010

      (A)    Wrongful Death Actions

             (1)    Maria Leo, Administratrix for estate of Donald Leo
                    v. New York Crane & Equipment Corp., et al.,  Index No. 117294/08

                    Attorney for Plaintiff:
                    Bernadette Pantella P.C.
                    114 E. 13th Street
                    New York, NY 10003

             (2)    Xhevahire Sinanaj and Selvi Sinanovic, as Co-Administrators of the Estate
                    of Ramadan Kurtaj, and Selvi Sinanovi, individually v. New York Crane
                    & Equipment Corp., et al., Index No. 117469/08

                    Attorney for Plaintiff:
                    Susan M. Karten, Esq.
                    Susan M. Karten & Associates LLP
                    200 W. 57th Street, Suite 602
                    New York, NY 10019-3211

      (B)    Remaining personal injury and property damage actions arising out of the 91st
             Street Crane Collapse as set forth on the attached list, which identifies relevant
             direct claims and cross-claims.

2.    In re 51st Street Crane Collapse Litigation
      Supreme Court, New York County
      Index No. 769000/2008

      (A)    Various direct claims and cross-claims arising out of a crane accident caused by
             the improper rigging of certain collars as set forth on the attached list.

3.  Long Island City Crane Litigation (Center Boulevard)
    Supreme Court, Bronx County

    This is a coordinated set of personal injury actions arising out of an accident caused when the operating engineer (Cross-County employee) picked up an excessive load from an unapproved pick site, resulting in the collapse of the boom. The engineer involved in the accident had his license revoked.

    (A)  See attached schedule of the seven underlying personal injury actions.

4.  Robert Panarella and Doreen Panarella v. Pavarini McGovern LLC et al.
    Supreme Court, New York County
    Index No. 109769/2011

    This action was brought by a crane operating engineer for injuries allegedly sustained when he slipped on hydraulic fluid due to a broken valve. NY Crane asserts that the valve was broken by the operating crew, and/or by the master rigger during the erection of the crane.

    Attorneys for Plaintiff
    Joseph Napoli, Esq.
    Napoli Bern Ripka Shkolnik, LLP
    350 Fifth Avenue, Suite 7413
    New York, NY 10118

Dated: New York, New York
       January 6, 2016

                          New York Crane & Equipment Corp.

                          By:    _____
                                 Name: James F. Lomma
                                 Title: President

## 91st Street Litigation

| Case Name | Plaintiff' Counsel | Co-Defendants Asserting Cross-Claims | Defendant DeMatteis Counsel | Defendant 1765 Counsel | Defendant Sorbara Counsel | Defendant Brady Counsel |
|---|---|---|---|---|---|---|
| Simon Alaza and Kathyn Moore v. New York Crane & Equipment Corp., et al. NY Supreme 103221/2009 Labor Law/Personal Injury/Loss of Convertion | Counsel For All Plaintiff Brett A. Zakowski, Esq. PARKER WAICHMAN ALONSO, LLP 111 Great Neck Road, Great Neck, New York 11021 (516) 466-6500 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Matthew Bryant v. 1765 First Associates and LLC, Leon D. DeMatteis Construction Corporation v New York Crane & Equipment Corp., et al. NY Supreme 106275/11 Property Damage | Counsel For 3rd Pty Plaintiff DeMatteis, Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street, New York, New York 10038-3198 (212) 964-7400 | 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Richard E. Burch, Shannon Toohey Burch and Stuart Flynn Burch v. New York Crane & Equipment Corp., et al. NY Supreme 112244/09 Personal Injury/Property Damage | Counsel For All Plaintiff Joseph Peykin, Esq. PAYKIN KRIEG & ADAMS LLP 185 Madison Avenue, New York, New York 10016 (212) 725-4423 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Giuseppe Calabro v. New York Crane & Equipment Corp., et al. NY Supreme 115969/08 Labor Law/Personal Injury | Steven E. Krestael, Esq. Krestael & Guzman, LLP 17 Battery Place – Suite 604 New York, New York 10004 (212) 227-2900 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Jan Connelly, Claire Connelly, Summer Lee, Joshua Nucholo, Carlos M. Pfleger, Tara Price, Ron Rauchenberger, and Oil Rachlin and Sharon Rachlin, individually and on Behalf of their Minor Children, Elyse Rachlin and Maya Rachlin v. New York Crane & Equipment Corp., et al. NY Supreme 111990/2009 Personal Injury/Property Damage | Counsel For All Plaintiff Scott E. Charnas CHARNAS LAW FIRM, P.C. 455 East 51st Street, New York, New York 10022 (212) 980-6800 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Christopher Doran v. New York Crane & Equipment Corp., et al. NY Supreme 112200/2008 Labor Law/Personal Injury | Devon Reiff, Esq. Sacks and Sacks, LLP 150 Broadway, 4th Floor, New York, New York 10038 (212) 964-5370 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Maureen Horton, Marco Matteo, Ruby Akin, Ozge Akin, Philip Schiffman, Linda McIntyre, Michael Fiorentino, Tammex Scrooge, Travis Lull, Renny Louros and George Louros v. New York Crane & Equipment Corp., et al. NY Supreme 150152/2009 Personal Injury/Property Damage | Counsel For All Plaintiff: Hartley T. Bernstein, Esq. Bernstein Cherney LLP 767 Third Avenue, 30th Floor, New York, N.Y. 10017 (212) 381-9684 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Jennifer Kling v. New York Crane & Equipment Corp., et al. NY Supreme 111967/2009 Personal Injury/Property Damage | Michael Fuller Seigmann, Esq. MICHAEL FULLER SEIGMANN, ESQ 8½ Route 35, P.O. Box 784, Cross River, New York 10518 (914) 763-5300 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Robert G. Leino, Louise M. Leino and Bridget E. Leino v. New York Crane & Equipment Corp., et al. NY Supreme 101871/2009 Personal Injury/Property Damage | Counsel for 3rd Party Plaintiff Vigilant Robert G. Leino, E. 13 Park Row, 177, New York New York 10038 (646) 286 5476 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Fumo, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |

## 91st Street Litigation

| Case | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Leon D. DeMatteis Construction Corporation and 1765 First Associates LLC v. Vigilant Insurance Co. v. New York Crane & Equipment Corp., et al. NY Supreme 305513372010 Reimbursement for Performance Bond Payout | Counsel for 3rd Party Plaintiff Vigilant Insurance Company Morris Weiss, Esq. FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP One Whitehall Street, 20th Floor, New York, New York 10004 (212) 344-3100 | Sorbara Construction Corp. Continental Casualty Company | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | N/A | Pia E. Riverso, Esq. RIVKIN RADLER, LLP 926 RXR Plaza Uniondale, New York 11556 | N/A |
| Leon D. DeMatteis Construction Corporation v. New York Crane & Equipment Corp., et al. NY Supreme 112800/2009 Reimbursement for post-collapse clean-up costs | Douglas A. Cooper, Esq. RUSKIN MOSCOU FALTISCHEK, P.C. 1425 RXR Plaza, 15th Floor, East Tower Uniondale, New York 11556-1425 (516) 663-6600 | Sorbara Construction Corp. | N/A | N/A | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Kevin Mahoney and Carolyn Ryan v. New York Crane & Equipment Corp., et al. NY Supreme 104543/2009 Personal Injury/Property Damage | Counsel For All Plaintiffs Roland T. Koke, Esq. Reade, Ryan & Downes, LLP 202 Mamaroneck Avenue, White Plains, New York 10601 (914) 681-0444 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Daniel Udoh v. New York Crane & Equipment Corp., et al. NY Supreme 111436/2008 Labor Law/Personal Injury | Daniel Weir, Esq. Sacks and Sacks, LLP 150 Broadway, 4th Floor, New York, New York 10038 (212) 964-5570 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| John Odermatt, Noel Allon, Mary Allon, Wend Ohanian, Crystal Bethune, William Dodson, Ana Kucharski, Jonathan Coband and David Loechner v. New York Crane & Equipment Corp., et al. NY Supreme 102943/2009 Personal Injury/Property Damage | Counsel For All Plaintiffs Bruce Povman, Esq. MORTON POVMAN, P.C. 108-18 Queens Boulevard, Forest Hills, New York 11375 (718) 268-3000 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Vincent Fodicalti v. New York Crane & Equipment Corp., et al. NY Supreme 150166/2009 Personal Injury/Property Damage | Hartley T. Bernstein, Esq. Bernstein Cherney LLP 767 Third Avenue, 30th Floor, New York, N.Y. 10017 (212) 381-9684 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Jack Brzezowski v. New York Crane & Equipment Corp., et al. NY Supreme 100000/2009 Labor Law-Personal Injury | Daniel Weir, Esq. Sacks and Sacks, LLP 150 Broadway, 4th Floor, New York, New York 10038 (212) 964-5570 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Jamie Taylor and Wafeek Scott Krol v. New York Crane & Equipment Corp., et al. NY Supreme 114564/2009 Property Damage | Marian Segal Gebski, Esq. LAW OFFICE OF SEGAL GEBSKI 989 Avenue of the Americas, 4th Floor New York, New York 10018 (212) 244-3805 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |
| Evelyn Wilkins and Shoshana Barnes v. New York Crane & Equipment Corp., et al. NY Supreme 150170/2011 Personal Injury/Property Damage | Shoshanna Barnes, Pro Se 347 East 61st Street - Apt 5W, New York, NY 10065-8214 Counsel For Plaintiff Wilkins John Esterluh, Esq. NYC Legal Solutions 294 Atlantic Avenue, Brooklyn, NY 11201 718-624-5001 | Leon D. DeMatteis Construction Corporation 1765 First Associates, LLC. Sorbara Construction Corp. Brady Marine Repair Co., Inc. | Mark D. Levi, Esq. SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C. 111 John Street New York, New York 10038-3198 (212) 964-7400 | Barbara A. Sheehan, Esq. NICOLETTI HORNIG & SWEENEY Wall Street Plaza 88 Pine Street, 7th Floor New York, New York 10005 (212) 220-3830 | Raymond F. Slattery, Esq. CARTAFALSA, SLATTERY, TURPIN & LENOFF One Liberty Plaza 165 Broadway, 28th Floor New York, New York 10006 (212) 225-7700 | Robert Furno, Esq. Law Office of James J. Toomey 485 Lexington Avenue-7th Floor New York, New York 10017 (631) 501-3009 |

**91st Street Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| *New York Crane & Equipment Corp. v. Sorbara Construction Corp.* Nassau Supreme 8406/2011 Property Damage/Clean-Up Costs (NY Crane's Direct Claim Against Sorbara Settled but Sorbara's Counterclaim Against NY Crane Is Still Pending) | Counsel for Sorbara on the Counterclaim Against NY Crane Pia E. Riverso, Esq. RIVKIN RADLER, LLP 926 RXR Plaza Uniondale, New York 11556 | N/A | N/A | N/A | N/A | N/A |
| *Related Case* | Plaintiffs' Counsel | Counsel for Zurich American Insurance Co. | Counsel for Sorbara Construction Corp. | | | |
| *QBE Insurance Corporation, et al. v. Zurich American Insurance Company, et al.* New York Supreme 159620/2011 Insurance Coverage Dispute related to 91st Street Litigation | Michael E. Gerelick, Esq. Abrams, Gorelick, Friedman & Jacobson, LLP One Battery Park Plaza – 4th Floor New York, New York 10004 (212) 422-1200 | Coughlin Duffy, LLP Wall Street Plaza 88 Pine Street, 28th Floor New York, New York 10005 (212) 483-0105 | Anderson Kill P.C. 1251 Avenue of the Americas New York, New York 10020 (212) 278-1000 | | | |

**51st Street Litigation**

| Case Name | Docket No. | Plaintiffs' Counsel | Co-Defendants Asserting Cross-Claims Against New York Crane and Against Whom New York Crane Also Asserts Cross-claims |
|---|---|---|---|
| 968 Kingsmen LLC and 964 Associates LLC v. New York Crane & Equipment Corp., et al. | | Bryan J. Daly<br>McDonnell & Daly LLP<br>2001 Marcus Avenue, Suite N125<br>Lake Success, New York 11042<br>(516) 492-3333<br>(516) 492-3332 (f) | Brady Marine Repair Co., Inc.<br>C.S. Mechanical & Equipment Corp.<br>The City of New York<br>Civetta Cousins JV, Inc.<br>Construction & Realty Safety Group Inc.<br>DeSimone Consulting Engineers<br>East 51st Street Development Company LLC<br>Favelle Favco Cranes USA<br>Industrial Sales Company Inc. a/k/a Indusco<br>JBS Construction Management, Inc.<br>Joy Contractors, Inc.<br>James Kennelly<br>Langan Engineering & Environmental Services, Inc.<br>Lift-All Company, Inc.<br>Liftex Corporation<br>Magnum Real Estate Group<br>Metro Wire Rope Corporation<br>Rapetti Rigging Service<br>Reliance Construction Ltd. d/b/a RCG Group, Reliance Construction Group, RCG Group, Inc.<br>Shaw Belting Co.<br>Stroh Engineering<br>Weinstock Brothers Corporation<br>Crane Inspection Services<br>Kamco Supply Corp. |
| Admiral Insurance Company | 108052/08 | Justin N. Kinney<br>COUGHLIN DUFFY, LLP<br>Wall Street Plaza<br>88 Pine Street, 5th Fl.<br>New York, New York 10005<br>(212) 483-0105<br>(212) 480-3899 (f)<br>Jkinney@coughlinduffy.com | ... |
| Edward Allen | 108437/09 | Gregory Kuczinski<br>LAW OFFICE OF GREGOR KUCZINSKI, P.C.<br>2649 Strang Boulevard - Suite 104<br>Yorktown Heights New York 10598<br>(914) 245-7200<br>(914) 245-7208 (f) | ... |
| Allstate Insurance Company and/or Allstate Indemnity Company a/s/o Enchev, Gumal, Damour, Raetz, St. John, Feldman and Lange | 108613/09 | Kenneth B. Grear<br>GREAR LEVANIOS, LLC<br>255 West 36th Street, Suite 800<br>New York, New York 10001<br>(212) 300-2072<br>646-367-4919 (f)<br>ken@grearlevanios.com | ... |
| Allstate Insurance Company and/or Allstate Indemnity Company a/s/o Haraguchi, Josephson, Koenig, Hamet, Epinette, Greco, Mohr, Murray, Smolinski, Cempa, Flores, Chipman, Hawkes, Cochrane, Manley, Farahnakian, Jarmul, Pia-Commela, Magidson and Nicholas | 601611/09 | Kenneth B. Grear<br>GREAR LEVANIOS, LLC<br>255 West 36th Street, Suite 800<br>New York, New York 10001<br>(212) 300-2072<br>646-367-4919 (f) | ... |
| American Bankers Insurance Company of Florida a/s/o Lauren and Sean Cutrona and Melissa Dolman | 100754/04 | Richard Lambert<br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>61 Broadway, Suite 2020<br>New York, NY 10006<br>(212) 344-3100<br>(212) 422-4047 (f) | ... |

**51st Street Litigation**

| | | |
|---|---|---|
| Richard Antoniello, Cheri Antoniello, Robert Badia, Nelly Badia, Brett Berry, Melissa Dolman, Stephen Freeman, Daniel Gibralter, Jill Haworth, Lauren Hornung, Karen-Marie Hentschel, Barry King, Nancy Lamber, Robyn Silvermintz, Jennifer Lamprecht, Albert Lipton, Camille Lipton, Lisa Manowitz, Alice Moquillon, Chris Pascale, Claudia Geiger, Rosina Pasti, Visa Pelletieri, Mara Prager, Adam Rosen, Jamie Rudolph, Rosario Suglimbeni, Cindy Gise, Patricia Sorenson, Wilfredo Vega, Jennifer Willig, George Zicarelli and Ann Zicarelli.<br><br>102024/09 | Steven Kaiser<br>THE CATAFAGO LAW FIRM, P.C.<br>The Empire State Building<br>350 6fth Avenue, Suite 4810<br>New York, New York  10118<br>(212) 239-9669<br>(212) 239 - 9688 (f)<br>skaiser@catafagolaw.com | ... |
| Ascot Properties, LLC<br><br>10637&/09 | Charles M. Arnold<br>ABRAHAM, LERNER & ARNOLD, LLP<br>292 Madison Avenue, 22nd Floor<br>New York, New York 10017<br>212-686-4655<br>cmarnold@abrahamlerneramold.com | ... |
| Jennifer Bottistello; Eileen Hayes; Margery Jane Bonia, Kathleen Tompkins, individually; Lacey Tompkins, a minor child by her mother and natural guardian, Kathleen Tompkins and Sabrina Tompkins, a minor child by her mother and natural guardian, Kathleen Tompkins<br><br>111409/08 | Elizabeth Eilender<br>JAROSLAWICZ AND JAROS<br>225 Broadway, 24th Floor<br>New York, New York 10007<br>(212) 227-2780<br>(212) 227-5090 (f)<br>eeilender@lawjaros.com | ... |
| Sherry Olan Berner<br><br>107621/09 | Steven Kaiser<br>THE CATAFAGO LAW FIRM, P.C.<br>The Empire State Building<br>350 fifth Avenue, Suite 4810<br>New York, New York  10118<br>(212) 239-9669<br>(212) 239 - 9688 (f) | ... |
| Bruce Bernstein, Clarence Kwei & Teresa Kwei<br><br>103498/09 | Elizabeth Eilender<br>JAROSLAWICZ AND JAROS<br>225 Broadway, 24th Floor<br>New York, New York 10007<br>(212) 227-2780<br>(212) 227-5090 (f)<br>eeilender@lawjaros.com | ... |
| Denise Bleidner, individually and as Executrix of the Estate of Wayne R. Bleidner<br><br>111098/08 | Howard S. Hershenhorn, Esq.<br>GAIR, GAIR, CONASON, STEIGMAN & MACKAUF<br>80 Pine Street<br>New York, New York 10005-1768<br>(212) 943-1090<br>(212) 425-7513 (f)<br>hsh@gairgair.com | ... |
| Andrew Cempa, Carolyn Cempa and Sule Cabukyuksel<br><br>108521/09 | James F. Woods, Esq.<br>WOODS & LONERGAN LLP.<br>292 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>(212) 684-2500<br>jwoods@wlesq.com | ... |
| Catherine M. Cohen as Executrix of the Estate of Brad Cohen, deceased, Catherine Cohen, individually and Michael J. Cohen, individually, Allison C. Cohen, individually and Laren S. Cohen, individually<br><br>108449/09 | Jonny Kool<br>QUELLER, FISHER, WASHOR, FUCHS & KOOL, LLP<br>233 Broadway, 18th Floor<br>New York, New York 10279<br>(212) 406-1700<br>(212) 406-2313 (f)<br>jkool@quellerfisher.com | ... |
| Crave Foods Inc. d/b/a Crave Ceviche Restaurant<br><br>117452/08 | Colin E. Kaufman, Esq.<br>ADAM LEITMAN BAILEY, PC<br>120 Broadway, 17th Floor<br>New York, New York 10271-1797<br>(212) 825-0365<br>(212) 825-0999 (f)<br>cekaufman@alblawfirm.com | ... |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| *John Della Porta and Debra Della Porta* | 104427/08 | Vito Cannavo<br>SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.<br>120 Broadway – 18th Floor<br>New York, New York 10271<br>(212) 732-9000<br>vcannavo@triallaw1.com | --- |
| *Matthew DePouli, Needhi Sheth, Sarah Shumway, Rachel Bernard, and Joyce Munn* | 105934/09 | Hartley T. Bernstein, Esq.<br>BERNSTEIN LEVINE CHERNEY LLP<br>767 Third Avenue, 30th Floor<br>New York, New York 10017<br>(212) 381-9684 (Bernstein)<br>(646) 304-9535 (fax) | --- |
| *Ayefer Dogan* | | Russ N. Nazrisho<br>Sipsas & Nazrisho, PC<br>33-19 30th Ave., St 101<br>Astoria, NY 11103<br>(718) 777-3950<br>(718) 777-3951 (F)<br>nazrisho@sipsasnazrisho.com | --- |
| *Eveready Insurance Company a/s/o Luz Lalich* | 026143/08 | Neil Wollerstein<br>WOLLERSTEIN & FUTORAN<br>59 Maiden Lane<br>New York, NY 10038<br>212-412-4750<br>(212) 363-1600 (f) | --- |
| *Fireman's Fund Insurance Company* | 113454/08 | Val Wamser<br>NICOLLETI HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005-1801<br>(212) 220-3830<br>(212) 220-3780 (f)<br>(917) 359-6510 (c)<br>vwamser@nicolettihornig.com | --- |
| *Fireman's Fund Insurance company a/s/o Seven Plus Restaurant Corp. d/b/a Zarela Restaurant, 954 Second Corp., Avon Group, Inc., and Eva Mayeroff* | 113454/08 | Matthew R. Hess, Esq.<br>Foran Glennon Palandech & Ponzi<br>222 North LaSalle Street, Suite 1400<br>Chicago, IL 60601<br>(312) 863-5036 | --- |
| *Jhon Gallego* | 13504/08 | Steven B. Dorfman<br>FREIDMAN & MOSSES, LLP<br>233 Broadway, Suite 901<br>New York, New York 10279<br>(212) 732-5800<br>(212) 608-3280 (f)<br>sbd@friedmanandmoses.com | --- |
| *Jessica Gallone, individually and as Administratrix of the Estate of Santy N. Gallone* | 108131/08 | Vito Cannavo<br>SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.<br>120 Broadway – 18th Floor<br>New York, New York 10271<br>(212) 732-9000<br>(212) 266-4141 (f)<br>vcannavo@triallaw1.com | --- |
| Chris Garcia | 111879/09 | Ira S. Slavit<br>LEVINE & SLAVIT<br>60 East 42nd Street<br>New York, New York 10165<br>(212) 687-2777 | --- |
| Gourlay Architect, PLLC | | Kevin O'Neill<br>Gogick, Byrne & O'Neill, LLP<br>11 Broadway<br>New York, New York 10004<br>(212) 422-9424 | --- |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| Greater New York Mutual Insurance Company a/s/o/ KBL 51st Street Ltd.<br><br>116350/08 | | David Smith<br>GWERTZMAN LEFKOWITZ BURMAN SMITH & MARCUS<br>80 Broad Street, New York, NY 10004<br>212-968-1001<br>(212) 344-4140 (f)<br>smith@gwertzmanlaw.com | --- |
| Greater Northern Insurance Company a/s/o Jan Pokorny, Kathleen Tomkins, Jenny Wolfson, Dusan Paunovic and Chubb Indemnity Insurance a/s/o Jerold Hyams<br><br>104575/09 | | Jeffrey D. Greenberg<br>Koey, King, Toker & Epstein<br>55 Water Street, 29th Floor<br>New York, New York 10041<br>(212) 612-4200<br>(212) 612-4284 (fax) | --- |
| Jerrold E. Hyams<br><br>108438/09 | | Michael S. Schlesinger<br>JULIEN & SCHLESINGER, P.C.<br>One Whitehall Street, 17th Floor<br>New York, New York 10004<br>(212) 962-8020<br>(212) 267-4558 (f)<br>mschlesinger@julienandschlesinger.com | --- |
| Insurance Company of Greater New York a/s/o Great Bay Building Company, A New York Limited Partnership and all other named insureds under policy number 6131M09880 | | David Smith<br>GWERTZMAN LEFKOWITZ BURMAN SMITH & MARCUS<br>80 Broad Street, New York, NY 10004<br>(212) 968-1001<br>(212) 344-4140 (f)<br>smith@gwertzmanlaw.com | --- |
| Susan Jendersee, as Administratix of the Estate of Cliford Canzona, deceased<br><br>113965/08 | | Alan B. Leibowitz<br>SIMONSON HESS & LEIBOWITZ<br>15 Maiden Lane<br>New York, New York 10038<br>(212) 233-5000 | --- |
| Rebecca Kerrs and Anne Cutshall<br><br>104591/09 | | Darryn Solotoff, Esq.<br>ELOVICH & ADELL, ESQS.<br>164 West Park Avenue<br>Long Beach, New York 11561<br>(516) 432-6263<br>(516)432-4897 (F)<br>eandalaw@hotmail.com | --- |
| Jennifer Kling<br><br>111967/09 | | MICHAEL FULLER SERIGNANO<br>892 Route 35<br>P.O. Box 784<br>Cross River, New York 10518<br>(914) 763-5500 | --- |
| John P. La Greco<br><br>107526/09 | | Robert E. Godosky<br>GODOSKY & GENTILE, P.C.<br>61 Broadway<br>New York, New York 1006<br>(212) 742-9700<br>reg@godoskygentile.com | --- |
| John D. La Greco, individually and as an Officer of Fubar Partners, Inc. and Fubar Partners, Inc. v. East 51st St. Development Co.<br><br>107527/09 | | Robert E. Godosky<br>GODOSKY & GENTILE, P.C.<br>61 Broadway<br>New York, New York 1006<br>(212) 742-9700<br>reg@godoskygentile.com | --- |
| Collette E. Landers<br><br>106048/09 | | LONGO & D'APICE, ESQS.<br>Mark A. Longo<br>26 Court Street, Suite 1700<br>Brooklyn, New York 11242<br>(718) 855-5684<br>(718) 802-9495 (f)<br>mlongo@marklongo.com | --- |
| Tiffany L. Layne | | Schwartzapfel Tuhowsky Marcus Sachs, PC<br>300 Jericho Quadrangle, Suite 180<br>Jericho, New York 11753<br>(516) 342-2200 | --- |

**51st Street Litigation**

| | | |
|---|---|---|
| Lexington Insurance Co. a/s/o East 51st Street Development Company, LLC<br><br>100205/09 | Richard Lambert<br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>61 Broadway, Suite 2020<br>New York, New York 10006<br>(212) 344-3100<br>(212) 422-4047 (f) | -- |
| LIG Insurance Company, LTD., on its own behalf and as subrogee of Melon 940 Farm, Inc.<br><br>27104/09 | Christopher A. Wong, Esq.<br>BRUCE SOMERSTEIN & ASSOCIATES, P.C.<br>Seven Penn Plaza, Suite 420<br>New York, New York 10001<br>(212) 268-1188<br>(212) 268-2688 (f) | -- |
| Kevin Lordan<br><br>150067/09 | Richard H. Abend<br>ABEND & SILBER, PLLC<br>419 Park Avenue S., 2nd Floor<br>New York, New York 10016<br>(212) 532-7575 | -- |
| Thalia Mazza, individually and as Administratrix of the Estate of Anthony C. Mazza<br><br>107756/08 | Vito Cannavo<br>SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.<br>120 Broadway – 18th Floor<br>New York, New York 10271<br>(212) 732-9000<br>vcannavo@triallaw1.com | -- |
| Metropolitan Property and Casualty Insurance Company a/s/o Bridget McCann<br><br>0023319/09 | George Panteris, Esq.<br>PANTERIS & PANTERIS, LLP<br>19-02 Whitestone Expressway, Suite 401<br>Whitestone, New York 11357<br>(718) 746-2154<br>(718) 746-4746 (f) | -- |
| Joshua D. Minter and Bree Daberko | Andrew L. Weitz & Associates, PC<br>233 Broadway – 5th Floor<br>New York, New York 10279 | -- |
| Eleni Papaioannou and Demetrios Papaioannou<br><br>104777/09 | Michelle F. Laskin<br>LEVINE & GROSSMAN<br>114 Old Country Road<br>Mineola, New York 11501<br>(516) 248-7575<br>michelle.laskin@me.com | -- |
| Juan Perez<br><br>104106/09 | Vincent Gonzalez<br>BRECHER, FISHMAN, PASTERNACK, WALSH, TILKER & ZIEGLER, PC<br>233 Broadway, Suite 820<br>New York, NY 10279<br>212-341-7900<br>212-267-8235 (f)<br>VincentG@brecherfishman.com | -- |
| William Rapetti and Audrey Rapetti<br><br>107688/08 | Myron Rosen<br>EDELMAN & EDELMAN, PC<br>61 Broadway, Suite 3010<br>New York, NY 10006<br>(212) 943-1200<br>(212) 943-0001(f)<br>mrosen@edelmanpc.com | -- |
| Rite Aid of New York, Inc.<br><br>113754/08 | Michael T. Gleason, Esq.<br>RAVEN & KOLBE LLP<br>126 East 56th Street, Suite 202<br>New York, New York 10022<br>(212) 759-7466<br>(212) 759-0166 (f)<br>mgleason@ravenkolbe.com | -- |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| Margaret R. Schorsch | 108439/09 | Michael S. Schlesinger<br>JULIEN & SCHLESINGER, P.C.<br>One Whitehall Street, 17th Floor<br>New York, New York 10004<br>(212) 962-8020<br>(212) 267-4558 (f)<br>mschlesinger@julienandschlesinger.com | ** |
| Richard Solomon | 114922/08 | Hartley T. Bernstein, Esq.<br>BERNSTEIN LEVINE CHERNEY LLP<br>767 Third Avenue, 30th Floor<br>New York, New York 10017<br>(212) 381-9684 (Bernstein)<br>(646) 304-9535 (fax)<br>hbernstein@bernsteinlevine.com | ** |
| Jean Squeri | 103802/09 | Robert E. Godosky<br>GODOSKY & GENTILE, P.C.<br>61 Broadway<br>New York, New York 1006<br>(212) 742-9700<br>reg@godoskygentile.com | ** |
| State Farm Fire & Casualty Company a/s/o Francine Berman, Shira Gordon, Lindsey Vandoros and Evan Epstein | 11628/09 | Stuart D. Markowitz<br>LAW OFFICES OF STUART D. MARKOWITZ<br>575 Jericho Turnpike, Suite 210<br>Jericho, NY 11753<br>516-935-3500<br>(516) 935-3599 (f)<br>smarkowitz@markowitz-law.com | ** |
| State Farm Fire & Casualty Company a/s/o Wilfredo Vega, maureen Shea, Rebecca Leventhal, Oliver Plusquellec and Robert Butman | 107947/09 | Stuart D. Markowitz<br>LAW OFFICES OF STUART D. MARKOWITZ<br>575 Jericho Turnpike, Suite 210<br>Jericho, NY 11753<br>516-935-3500<br>(516) 935-3599 (f)<br>smarkowitz@markowitz-law.com | ** |
| Rosalie Stephens, individually, and as the Administratrix of the Estate of Aaron Stephens | 113949/08 | Derek Sell<br>THE COCHRAN FIRM<br>233 Broadway, 5th Floor<br>New York, New York 10279<br>(212) 553-9215<br>dsells@cochranfirm.com | ** |
| Stonington Insurance Company a/s/o Fubar Partners, inc. t/a Fubar | 103604/09 | Donald G. Sweetman<br>GENNET, KALLMANN, ANTIN & ROBINSON, P.C.<br>6 Campus Drive<br>Parsippany, New Jersey 07054<br>(973) 285-1919<br>(973) 285-1177 (f)<br>dsweetman@gkar-law.com | ** |
| Thyssenkrupp Safeway, Inc. | | Thomas S. Tripodianos<br>WELBY, BRADY & GREENBLATT, LLP<br>Westchester Financial Center<br>11 Martine Avenue<br>White Plains, New York 10606<br>(914) 428-2100<br>(914) 428-2172 (f)<br>ttripodianos@wbgllp.com | ** |
| Robert Tucker and Amy Tucker | 103306/07 | Nadia Lescott<br>RONEMUS & VILENSKY<br>112 Madison Avenue – 2nd Floor<br>New York, New York 10016<br>(212) 779-7070<br>nadialescott@ronvil.com | ** |

**51st Street Litigation**

| | | |
|---|---|---|
| Valley Forge Insurance Company a/s/o Kelly Nail Center, National Fire Insurance Company of Hartford a/s/o Richard Soloman Artists, and National Fire Insurance Company of Hartford a/s/o H.D. Sub, Inc.<br><br>107898/09 | Richard O'Connell<br>Law Offices of Charles J. Siegel<br>40 Wall Street - 7th Floor<br>New York, New York 10005<br>(212) 440-2350<br>(212) 440-2380 (f)<br>richard.o'connell2@CNA.com | --- |
| Adam White, Esq. as proposed Administrator of the Estate of Odin Torres<br><br>105656/08 | Edward Steinberg, Esq.<br>LEAV and STEINBERG, LLP, LLP<br>120 Broadway, 18th Floor<br>New York, New York 10271<br>(212) 766-5222<br>(212) 693-2377 (f)<br>EAS@leavandsteinberg.com | --- |
| Leon D. Dematteis Construction Corporation<br><br>112800/2009 | Douglas A. Cooper, Esq<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>1425 RXR Plaza<br>15th Floor, East Tower<br>Uniondale, New York 11556-1425<br>(516) 663-6600 | --- |
| Rasmi Yilmaz | Russ N. Nazrisho<br>Sipsas & Nazrisho, PC<br>33-19 30th Ave., St 101<br>Astoria, NY 11103<br>(718) 777-3950<br>(718) 777-3951 (F)<br>nazrisho@sipsasnazrisho.com | --- |
| Travelers, Everest and Tower Insurance<br><br>103779/09 | Robert Sheps<br>SHEPS LAW GROUP, P.C.<br>35 Pinelawn Road, Suite 106 East<br>Melville, New York 11747<br>(631) 249-5600 ext.1002<br>(631) 249-5613 (f)<br>rsheps@shepslaw.com | --- |
| Harleysville Insurance Company of New York a/s/o La Moll Cleaners<br><br>107752/10 | Thomas Paolini, Esq.<br>LAW OFFICES OF ROBERT A. STUTMAN, P.C.<br>20 East Taunton Road, Suite 403<br>Berlin, NJ 08009<br>(856) 767-6800<br>(856) 767-6810 (f)<br>paolinit@stutmanlaw.com | --- |
| Katia Azouaoui<br><br>108716/10 | Matthew Haicken<br>Proner & Proner<br>60 East 42nd Street<br>New York, New York 10165<br>(212) 986-3030 | --- |
| Victor Guanaquiza<br><br>108543/10 | Jorge Mena<br>Worldwide Legal Services, P.C.<br>P.O. Box 378<br>West Hempstead, New York 11552<br>(516) 750-3687 | --- |
| Yu Li a/k/a Kelly Li and Kelly nail Center, Inc.<br><br>114710/10 | Peter E. Sverd<br>YUEN ROCCANOVA SELTZER & SVERD, P.C.<br>132 Nassau Street, suite 1300<br>New York, Nw York 10038<br>(212) 608-1178<br>psverd@yrrslaw.com | --- |
| Hermitage Insurance Company a/s/o 310 East 51st Street Cooperative Corp.<br><br>100816/11 | Russell G. Monaco<br>Law Offices of Steven G. Fauth, LLC<br>40 Wall Street, 28th Floor<br>New York, New York 10005<br>(212) 400-7154<br>rmonaco@sgflaw.com | --- |

**51st Street Litigation**

| | | | |
|---|---|---|---|
| Fireman's Fund Insurance Company a/s/o Seven Plus Restaurant Corp. d/b/a Zarella Restaurant, 954 Second corp., Avon Group, inc., and Eva Meyeroff | 150057/11 | Nelson E. Canter, Esq.<br>Canter Law Firm, P.C.<br>123 Main Street - 14th Floor<br>White Plains, New York 10601<br>ncanter@canterlawfirm.com | -- |
| Mary Fricke-Punzi | 114601/10 | THE CATAFAGO LAW FIRM, P.C.<br>The Empire State Building<br>350 fifth Avenue, Suite 4810<br>New York, New York  10118<br>(212) 239-9669<br>(212) 239 - 9688 (f) | -- |
| American International Insurance company a/s/o Dorothy Cohen and Pamela Travis | | Allen Wenig<br>Wenig & Wenig<br>150 Broadway, Suite 911<br>New York, NY 10038 | -- |
| Hermitage Insurance Company a/s/o 310 East 51st Street | 100816/2011 | Russell G. Monaco, Esq.<br>Law Offices of Steven G. Fauth, LLC<br>40 Wall Street, 28th Floor<br>New York, NY 10005<br>(212) 400-7154 | -- |

51st Street Litigation
List of Cross-Claim Defense Counsel

| | |
|---|---|
| Brady Marine Repair Co., Inc.<br>c/o THE LAW OFFICES OF ANDREA G. SAWYERS<br>3 Huntington Quadrangle, Suite 102S<br>P.O. Box 9028<br>Melville, New York 11747<br>Attn: Richard A. Harris | C.S. Mechanical & Equipment Corp.<br>c/o KELLY, RODE & KELLY, LLP<br>330 Old Country Road, Suite 305<br>Mineola, New York 11501<br>Attn: John Hoefling |
| The City of New York<br>c/o FABIANI COHEN & HALL, LLP<br>570 Lexington Avenue<br>New York, New York 10022<br>Attn: Michael P. Tobin | Civetta Cousins JV, Inc.<br>c/o WESTERMAN HAMILTON SHEEHY AYDELOTT &<br>KEENAN, LLP<br>Garden City Center, Suite 502<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>Attn: Peter Samaan |
| Construction & Realty Safety Group Inc.<br>c/o Carroll, McNulty & Kull LLC<br>570 Lexington Avenue – 10th Floor<br>New York, New York 10022<br>Attn: Sean Burns | East 51st Street Development Company LLC<br>c/o O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Attn: Thomas Carruthers |
| DeSimone Consulting Engineers<br>c/o Zetlin & De Chiara, LLP<br>801 Second Avenue<br>New York, NY 10017<br>Attn: Bill Chimos | James Kennelly<br>c/o SELIGSON, ROTHMAN & ROTHMAN<br>29 West 30th Street<br>New York, New York 10013<br>Attn: Alyne I. Diamond |
| | |

| | |
|---|---|
| Favelle Favco Cranes USA<br>c/o Traub Lieberman LLP<br>Mid-Westchester Executive Park<br>Seven Skyline Drive<br>Hawthorne, NY 10532<br>Attn: Mario Castellitto | Langan Engineering & Environmental Services, Inc.<br>c/o LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>77 Water Street, 21st Floor<br>New York, New York 10005<br>Attn: David M. Pollack |
| Industrial Sales Company Inc. a/k/a Indusco<br>c/o Wade Clark Mulcahy<br>111 Broadway<br>New York, NY 10006<br>Attn: Georgia Coats | Lift-All Company, Inc.<br>c/o LONDON FISCHER LLP<br>59 Maiden Lane<br>New York, New York 10038<br>Attn: Anthony F. Tagliagambe |
| JBS Construction Management, Inc.<br>c/o L'Abbate, Balkan, Colavita & Contini, LLP<br>1001 Franklin Avenue, 3rd Floor<br>Garden City, New York 11530<br>Attn: Lee Sacket | Liftex Corporation<br>c/o BRODY, BENARD & BRANCH LLP<br>205 Lexington Avenue, 4th Floor<br>New York, New York 10016<br>Attn: Neil Brody |
| Joy Contractors, Inc.<br>c/o LITCHFIELD CAVO LLP<br>420 Lexington Avenue, Suite 2104<br>New York, New York 10170<br>Attn: Edward Fogarty, Jr. | Magnum Real Estate Group<br>c/o CLYDE & CO US LLP<br>The Chrysler Building<br>405 Lexington Avenue, 16th Floor<br>New York, NY 10174<br>Attn: Francis J. Messina |
| Metro Wire Rope Corporation<br>c/o METHFESSEL & WERBEL, ESQS.<br>450 Seventh Avenue<br>Suite 1400<br>New York, New York 10123<br>Attn: Fredric Paul Gallin | Rapetti Rigging Service<br>129 Atlantic Avenue<br>Massapequa Park, NY 11762 |

| | |
|---|---|
| Reliance Construction Ltd. d/b/a RCG Group, Reliance Construction Group, RCG Group, Inc. c/o GALLO VITUCCI KLAR PINTER & COGAN 90 Broad Street, 3rd Floor New York, New York 10004 Attn: Howard Klar | Shaw Belting Co. c/o RIVKIN RADLER, LLP 926 RXR Plaza Uniondale, NY 11556 Attn: Jacqueline Bushwack |
| Stroh Engineering c/o MORGAN MELHUISH ABRUTYN 39 Broadway 35th Floor New York, New York 10006 Attn: Joseph DeDonato | Weinstock Brothers Corporation c/o CALLAN, KOSTER, BRADY & BRENNAN, LLP One Whitehall Street, 10th Floor New York, New York 10004 Attn: Vincent A. Nagler |
| Crane Inspection Services HC88 Box 1627 Pocono, Pennsylvania, 18347 Attn: John Horvath | Kamco Supply Corp c/o Duane Morris, LLP 1540 Broadway NEW YORK, NY 10036 Attn: Brian J. Markowitz |

## Center Boulevard Litigation

| Plaintiff's Name | Counsel's Name and Address | Index No. |
|---|---|---|
| Michael Brooks and Monique Brooks | Andrew D. Polin, Esq. Polin, Prisco & Villafane, Esqs. One School Street, Ste. 206 Glen Cove, NY 11542 | 250082/2014 |
| Jose Villa Capellan | Pat James Crispi, Esq. Keogh Crispi, P.C. 521 Fifth Avenue, Ste. 1470 New York, NY 10175 | 20379/2013E |
| Bobby Colleran | Simon Q. Ramone, Esq. Law Offices of Michael S. Lamonsoff, PLLC 80 Maiden Lane, 12th Fl. New York, NY 10038 | 42004/2014E |
| Omar Cambridge | Kenneth J. Halperin, Esq. Wingate, Russotti, Shapiro & Halperin, LLP 420 Lexington Ave., Ste. 2750 New York, NY 10170 | 250082/2014 |
| Raphael Dixon | Tod P. Groman, Esq. Cassisi & Cassisi, P.C. 114 Old Country Road, Ste. 440 Mineola, NY 11501 | 250081/2014 |
| George Farrell | Mark E. Seitelman, Esq. Mark E. Seitelman Law Offices, P.C. 111 Broadway, 9th Fl. | 24425/2013E |
| Richmond Fraser and Kenda Fraser | Howard A. Raphaelson, Esq. Raphaelson & Levine Law Firm, P.C. 14 Penn Plaza, Ste. 1718 New York, NY 10122 | 42003/2014E |

| | | |
|---|---|---|
| Marcus Martin | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |
| Ginnina Rivera | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |
| Jose Rivera | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |
| Yaritza Villa | Pat James Crispi, Esq.<br>Keogh Crispi, P.C.<br>521 Fifth Avenue, Ste. 1470<br>New York, NY 10175 | 20379/2013E |

| Third Party Defendants | Counsel's Name and Address |
|---|---|
| New York State Urban Development Corp. | Barry Gerstman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |

| | |
|---|---|
| Queens West Development Corp. | Barry Gerstman, Esq.<br>Abigail Rossman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |
| 4610 East Coast LLC | Barry Gerstman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |
| Empire State Development Corp. | Barry Gerstman, Esq.<br>Haworth Coleman & Gerstman<br>45 Broadway, 21st Fl.<br>New York NY 10006 |

## Schedule of Lawsuits with New York Crane as Plaintiff

| Defendant | Index Number | County | Amount Sought | Description |
|---|---|---|---|---|
| AJ Pegno Tully | 21085/2009 | Queens Supreme | $ 1,000,000.00 | N.Y. Crane<br>Lomma Rigging<br>Trial set for 2016 |
| NASDI LLC | 6519/2012 | Queens Supreme | $ 389,817.55 | Note of issue filed - NASDI sold |

Fill in this information to identify the case:

Debtor name | **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Favelle Favco PO Box 3049 Harlingen, TX 78551 | | Trade debt | Disputed | | | $18,203.60 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Tax | Unliquidated | | | $98,308.00 |
| JLJD LLC 48 3rd St Kearny, NJ 07032-4589 | | Trade debt | | | | $3,500,000.00 |
| Maria Leo, administratrix for the estate of Donald Leo c/o Bernadette Panzella, P.C. 114 E. 13t New York, NY 10003 | | Tort claims | Unliquidated | | | $7,565,469.40 |
| New York State Sales Tax Section W.A. Harriman Campus Albany, NY 12227 | | Tax | Unliquidated | | | $151,005.00 |
| NYC Dep't of Finance Legal Affairs 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Tax | Unliquidated | | | $31,148.00 |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor **New York Crane & Equipment Corp.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Tax | Unliquidated | | | $24,643.00 |
| State of New Jersey Dep't of Taxation PO Box 264 Trenton, NJ 08695-0264 | | Tax | Unliquidated | | | $1,069.00 |
| Xhevahire Sinanaj and Selvi Sinanovic c/o Bernadette Panzella, P.C 114 E 13th St New York, NY 10003 | | Tort claims | Unliquidated | | | $10,669,135.36 |

Fill in this information to identify the case:

Debtor name    New York Crane & Equipment Corp.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑  Schedule H: Codebtors (Official Form 206H)

☑  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule _____

☑  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 6, 2016        X _____
                                          Signature of individual signing on behalf of debtor

                                          James F. Lomma
                                          Printed name

                                          President
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $ ____9,801,316.15

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $ ____9,801,316.15

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $ _____0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................    $ _____306,173.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............    +$ ___21,752,808.36

4.  **Total liabilities** ...........................................................................
    Lines 2 + 3a + 3b                                                          $ ___22,058,981.36

**Fill in this information to identify the case:**

Debtor name    **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number | | |
| | **Valley National Bank** **Kearny, NJ** | | |
| 3.1. | **General disbursement account** | | **$35,141.00** |
| | **The Provident** **Ocean City, NJ** **Account No. 1 - $55,688** | | |
| 3.2. | **Account No. 2 - $17,231** | | **$72,800.00** |

| | | | |
| --- | --- | --- | --- |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** | | **$107,941.00** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| | | | |
| --- | --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | | |
| 7.1. | **LTD Enterprises (Rent Security)** | | **$110,740.00** |

Debtor  **New York Crane & Equipment Corp.**                      Case number *(If known)* _____
        Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.. **Con Ed (Utility Deposit)** _____                    $2,000.00

    8.2.. **Pre-paid taxes** _____                              $169,000.00

    8.3.. **Pre-paid insurance** _____                          $237,741.00

9.  **Total of Part 2.**                                                         | $519,481.00 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **7,583,105.00**  -  **0.00**  = ....    $7,583,105.00
                        face amount         doubtful or uncollectible accounts

12. **Total of Part 3.**                                                         | $7,583,105.00 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

Debtor    **New York Crane & Equipment Corp.**            Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| Crane - See equipment list annexed hereto (approximate fair market values) | | $1,380,000.00 | $1,380,000.00 |

23. **Total of Part 5.**                                                    | $1,380,000.00 |

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **Varous vehicles (no material value given age of vehicles)** | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Schedule B-22

| NYC | EQUIPMENT | s/n | AQ. DATE | Fair market VALUE |
|---|---|---|---|---|
| 633/640 | Link Belt rtc 8030 | e8j0-3268 | May-00 | 50,000.00 |
| 634/641 | Link Belt rtc 8030 | e8j0-3323 | May-00 | 50,000.00 |
| 685 | Link Belt | e1i8-8376 | Jul-98 | 85,000.00 |
| 686 | Link Belt | e1i8-8375 | Jul-98 | 85,000.00 |
| 687 | Link Belt | e1i-8377 | Sep-98 | 85,000.00 |
| 690 | Link Belt | f7j0-3280-f7-060 | Aug-02 | 100,000.00 |
| 691 | Link Belt | rtc8040 f7j0-3282 | Sep-00 | 50,000.00 |
| 693 | Link Belt | f7j1-3288 | Jun-02 | 50,000.00 |
| 694 | Link Belt | f7j1-5291 | Jun-02 | 50,000.00 |
| 873 | Link Belt | h3i92238h3037 | Nov-99 | 25,000.00 |
| *882 | Link Belt Hyd ls308hii | J3J2-6215 | Oct-98 | 350,000.00 |
| 891 | Manitowoc  4100w | 41580 | Mar-97 | 100,000.00 |
| 896 | MANITOWOC 4100w | 41393 | Mar-98 | 100,000.00 |
| 897 | MANITOWOC 4100w | 41649 | Mar-98 | 100,000.00 |
| 872 | Link Belt Crawler | h319-1191 | Aug-06 | 100,000.00 |
| S-43 | 97 GMC | 1gkdt13w6v2514708 | Dec-96 | 0.00 |
| S-49 | Ford F800 Service Trk | 1fdxk84a9lva08448 | Oct-97 | 0.00 |
| A-20/s2/s1 | 99 GMC Subn | 1gkek13r1x912372 | Feb-99 | 0.00 |
| | **Total NYC Assets** | | | **1,380,000.00** |

Debtor    **New York Crane & Equipment Corp.**          Case number *(If known)* _____
          Name

| Miscellaneous shop equipment, supplies and tools | $100,000.00 | | $100,000.00 |

51.    **Total of Part 8.**                                           | $100,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **9 Albert Ave, Newark, NJ 07105-4504 Repair Shop (month to month) Landlord: James Lomma 48 Third Street S. Kearny, NJ 07032 Rent: $15,000 plus real estate taxes** | | $0.00 | | unknown |
| 55.2. **5838 47th St, Maspeth, NY 11378-2121 Yard Lease Landlord: LDT Enterprises 1590 Troy Avenue Brooklyn, NY 11234 Rent: $66,505.52** | | $0.00 | | unknown |

56.    **Total of Part 9.**                                          | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   __New York Crane & Equipment Corp._____   Case number (If known) _____
         Name

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Mechanic's lien claim (36 E. 51st St, New York, NY) | $110,789.15 |

Nature of claim          _____
Amount requested         _____ $110,789.15 _____

| | |
|---|---|
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Litigation claim - New York Crane v. Sorbara Construction (Sup. Nassau, Index. No. 6800/2011). Claim for damage to crane. | unknown |

78.   **Total of Part 11.**

| | |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | **$110,789.15** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  __New York Crane & Equipment Corp.__          Case number *(If known)* _____
        Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $107,941.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $519,481.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,583,105.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,380,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $110,789.15 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,801,316.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,801,316.15 |

**Fill in this information to identify the case:**

Debtor name    **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name   **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,308.00 | $ 98,308.00 |
|---|---|---|---|

**Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Income Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151,005.00 | $ 151,005.00 |
|---|---|---|---|

**New York State Sales Tax Section**

**W.A. Harriman Campus Albany, NY 12227**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **New York Crane & Equipment Corp.**                     Case number (if known) _____
_____
Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.3 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

**NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$31,148.00  $  31,148.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Income Tax**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.4 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

**NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$24,643.00  $  24,643.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Income Tax**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.5 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

**State of New Jersey
Dep't of Taxation
PO Box 264
Trenton, NJ 08695-0264**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$1,069.00  $  1,069.00

**Date or dates debt was incurred**

**Basis for the claim:**
**Sales tax**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor **New York Crane & Equipment Corp.**　　　　　　Case number (if known) _____
Name

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**

Nonpriority creditor's name and mailing address

**Favelle Favco**

**PO Box 3049
Harlingen, TX 78551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:　**Crane repair parts**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

**$18,203.60**

---

**3.2**

Nonpriority creditor's name and mailing address

**J.F. Lomma, Inc. (D.E.)**

**48 3rd St
Kearny, NJ 07032-4589**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Intercompany**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

**unknown**

---

**3.3**

Nonpriority creditor's name and mailing address

**JLJD LLC**

**48 3rd St
Kearny, NJ 07032-4589**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　**Crane rentals**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

**$3,500,000.00**

---

**3.4**

Nonpriority creditor's name and mailing address

**LDT Enterprises, LLC**

**1590 Troy Ave.
Brooklyn, NY 11234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated

**unknown**

---

Official Form 206 E/F　　Schedule E/F: Creditors Who Have Unsecured Claims　　Page 3 of 5

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor  **New York Crane & Equipment Corp.**                          Case number (if known) _____
       _____
       Name

☐ Disputed

Basis for the claim:  **For notice purposes**

Date or dates debt was incurred  _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number  _____        ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |

**Local 15**
*Check all that apply.*
☐ Contingent
**44-40 11th Street**
■ Unliquidated
**Long Island City, NY 11101**
■ Disputed

Basis for the claim:  **For notice purposes**

Date or dates debt was incurred  _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number  _____        ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |

**Local Union 825**
*Check all that apply.*
☐ Contingent
**65 Springfield Avenue**
■ Unliquidated
**Springfield, NJ 07081**
■ Disputed

Basis for the claim:  **For notice purposes**

Date or dates debt was incurred  _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number  _____        ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,565,469.40** |

**Maria Leo, administratrix for the estate of Donald Leo**
*Check all that apply.*
☐ Contingent
**c/o Bernadette Panzella, P.C. 114 E. 13t**
■ Unliquidated
**New York, NY 10003**
☐ Disputed

Basis for the claim:  **Tort claims - subject to appeal**

Date or dates debt was incurred  _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number  _____        ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |

Debtor    **New York Crane & Equipment Corp.**
_____
Name

Case number (if known) _____

**N/A**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**    See attached list of wrongful
death claimants, personal injury
claimants and property loss
claimants arising out of various
accidents and related litigations.

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    _____

☐ Yes

---

| 3.9 |

**Nonpriority creditor's name and mailing address**
**Xhevahire Sinanaj and Selvi Sinanovic**
c/o Bernadette Panzella, P.C
114 E 13th St
New York, NY 10003

**As of the petition filing date, the claim is:**    $10,669,135.36
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**    Tort claims - subject to appeal

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    _____

☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 306,173.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 21,752,808.36 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 22,058,981.36 |

**Fill in this information to identify the case:**

Debtor name    **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Repair shop lease 9 Albert Avenue Newark, NJ 07105** | |
|      State the term remaining | **James Lomma** |
|      List the contract number of any government contract | **48 Third Street S. Kearny, NJ 07032** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Yard Lease 58-38 47th Street Maspeth, NY 11378** | |
|      State the term remaining | **LDT Enterprises** |
|      List the contract number of any government contract | **1590 Troy Avenue Brooklyn, NY 11234** |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name  **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | J.F. Lomma, Inc. (D.E.) | | N/A | ☐ D _____ <br> ■ E/F ___3.8___ <br> ☐ G _____ |
| 2.2 | J.F. Lomma, Inc. (N.J.) | | N/A | ☐ D _____ <br> ■ E/F ___3.8___ <br> ☐ G _____ |
| 2.3 | James F. Lomma | | N/A | ☐ D _____ <br> ■ E/F ___3.8___ <br> ☐ G _____ |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

---

**Fill in this information to identify the case:**

Debtor name    **New York Crane & Equipment Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>☐ Other _____ | $17,895,234.00 |
   | **For the fiscal year:**<br>From **1/01/2013** to **12/31/2013** | ☐ Operating a business<br>☐ Other _____ | $7,845,527.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **Schedule to be provided** | | **$5,488,040.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payments in regular course** |

---

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   **New York Crane & Equipment Corp.**                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Schedule to be provided** | | **unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **See Chapter 11 petition** | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **New York Crane & Equipment Corp.**                                    Case number *(if known)* _____

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets — Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Goldberg Weprin Finkel Goldstein LLP**<br>**1501 Broadway, 22nd Floor**<br>**New York, NY 10036** | | **August and October 2015** | **$40,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

Debtor   **New York Crane & Equipment Corp.** _____   Case number *(if known)* _____

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

### 16. Does the debtor collect and retain personally identifiable information of customers?

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

| Debtor | **New York Crane & Equipment Corp.** | Case number *(if known)* | |

leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Robert Friedbauer** **1 University Plz** **Hackensack, NJ 07601-6201** | |

Debtor   **New York Crane & Equipment Corp.**                           Case number *(if known)* _____

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Robert Friedbauer**<br>**1 University Plz**<br>**Hackensack, NJ 07601-6201** | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James F. Lomma | | **President** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1   James F. Lomma | **Allocated salary - $56,000** | | |
| **Relationship to debtor**<br>**President** | | | |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

Debtor   New York Crane & Equipment Corp.                          Case number (if known) _____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent
                                                                  corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent
                                                                  corporation

## Part 14:   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       January 5, 2016
                _____

_____             James F. Lomma
Signature of Individual signing on behalf of the debtor    Printed name

Position or relationship to debtor      President
                                   _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

United States Bankruptcy Court
Eastern District of New York

IN RE:                                                    Case No. _____

New York Crane & Equipment Corp.                          Chapter 11
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and
correct to the best of their knowledge.

Date: January 6, 2016

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

© 2016 CINcompass 1.866.216.1053 – CINcompass [www.cincompass.com]

968 Kingsmen LLC and 964 Associates LLC
c/o McDonnell & Daly LLP
Attn: Bryan J. Daly
2001 Marcus Avenue, Suite N125
Lake Success, New York 11042

4610 East Coast LLC et al
c/o Haworth Coleman & Gerstman, LLC
Attn: Abigail Rossman, Esq., Barry Gerstman, Esq.
45 Broadway, 21st Floor
New York, New York 10006

4610 East Coast LLC
c/o Haworth Coleman & Gerstman

45 Broadway, 21st Fl.
New York NY 10006

Adam White, Esq. as proposed Administrator
c/o Leav And Steinberg, LLP
Attn: Edward Steinberg, Esq.
120 Broadway, 18th Floor
New York, New York 10271

AFL Local 18
1707 Triplett Blvd
Akron, OH 44306

Allstate Insurance a/s/o Haraguchi et al
c/o Grear Levanios, LLC
Attn: Kenneth B. Grear
255 West 36th Street, Suite 800
New York, New York 10001

Andrew Cempa et al
c/o Woods & Lonergan LLP
Attn: James F. Woods, Esq.
292 Madison Avenue, 22nd Floor
New York, NY 10017

Bobby Colleran
c/o Dinkes & Schwitzer
Attn: Jeff Bromfeld, Esq.
112 Madison Avenue
New York, New York 10016

Bobby Colleran
Attn: Simon Q. Ramone, Esq.
c/o Law Offices of Michael S. Lamonsoff
80 Maiden Lane, 12th Fl.
New York, NY 10038

Brady Marine Repair Co., Inc.
c/o Law Offices Of Andrea G. Sawyers
Attn: Richard A. Harris, Esq.
P.O. Box 9028
Melville, New York 11747

Bruce Bernstein, et al
 c/o Jaroslawicz And Jaros
Attn: Elizabeth Eilender
225 Broadway, 24th Floor
New York, New York 10007

C.S. Mechanical & Equipment Corp.
c/o Kelly, Rode & Kelly, LLP
330 Old Country Road, Suite 305
Mineola, New York 11501
Attn: John Hoefling

Civetta Cousins JV, Inc.
c/o Westerman Hamilton Sheehy et al
Attn: Peter Samaan, Esq
100 Quentin Roosevelt Blvd, Suite 502
Garden City, New York 11530

Collette E. Landers
c/o Longo & D'apice, Esqs.
Attn: Mark A. Longo, Esq.
26 Court Street, Suite 1700
Brooklyn, New York 11242

Construction & Realty Safety Group Inc.
c/o Carroll, McNulty & Kull LLC
Attn: Sean Burns, Esq.
570 Lexington Avenue – 10th Floor
New York, New York 10022

Crane Inspection Services
Attn: John Horvath
HC88 Box 1627
Pocono, Pennsylvania, 18347

Crave Foods Inc.
 c/o Adam Leitman Bailey, PC
Attn: Colin E. Kaufman, Esq.
120 Broadway, 17th Floor
New York, New York 10271-1797

DeSimone Consulting Engineers
c/o Zetlin & De Chiara, LLP
Attn: Bill Chimos, Esq.
801 Second Avenue
New York, NY 10017

East 51st Street Development Company LLC
c/o O'Melveny & Myers LLP
Attn: Thomas Carruthers, Esq.
7 Times Square
New York, New York 10036

Edward Allen
c/o Law Office Of Gregor Kuczinski, P.C.
Attn: Gregory Kuczinski, Esq.
2649 Strang Boulevard - Suite 104
Yorktown Heights New York 10598

Eleni and Demetrios Papaioannou
c/o Levine & Grossman
Attn: Michelle F. Laskin, Esq.
114 Old Country Road
Mineola, New York   11501

Empire State Development Corp.
c/o Haworth Coleman & Gerstman
Attn: Barry Gerstman, Esq.
45 Broadway, 21st Fl.
New York NY 10006

Eveready Insurance Co a/s/o Luz Lalich
c/o Wollerstein & Futoran
Attn: Neil Wollerstein, Esq.
59 Maiden Lane
New York, NY 10038

Favelle Favco
PO Box 3049
Harlingen, TX 78551

Favelle Favco Cranes USA
c/o Traub Lieberman LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532
Attn: Mario Castellitto

Fireman's Fund Ins. aso 7 Plus Restr. et al
c/o Foran Glennon Palandech & Ponzi
Attn: Matthew R. Hess, Esq.
222 North LaSalle Street, Suite 1400
Chicago, IL 60601

Flatiron Capital
1200 Lincoln St.
Denver, CO 80203

Frank Kearny
48 Third Street
S. Kearny, NJ 07032

Fulton Bank Of NJ
272 Route 46E
Rockaway, NJ 07866

George Farrell
c/o Mark E. Seitelman Law Offices, P.C.
Attn: Mark E. Seitelman, Esq.
111 Broadway, 9th Fl.
New York, NY 10006

George Farrell
c/o Raphaelson & Levine Law Firm, P.C.
Attn: Stephen C. November, Esq.
14 Penn Plaza, Suite 1718
New York, New York 10122

Ginnina Rivera
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Gourlay Architect, PLLC
c/o Gogick, Byrne & O'Neill, LLP
Attn: Kevin O'Neill, Esq.
11 Broadway
New York, New York 10004

Greater Northern Insurance Company et al
c/o Koey, King, Toker & Epstein
Attn: Jeffrey D. Greenberg, Esq.
55 Water Street, 29th Floor
New York, New York 10041

Harleysville Insurance Co a/s/o La Moll Cleaners
c/o Law Offices Of Robert A. Stutman, P.C.
Attn: Thomas Paolini, Esq.
20 East Taunton Road, Suite 403
Berlin, NJ 08009

Heather Castro, Estate of Castro
c/o Sachs Waldman
Attn: George T. Fishback, Esq.
2211 East Jefferson Avenue, Ste. 200
Detroit, MI 48207

Hermitage Ins Co a/s/o 310 E. 51st St Co-op
c/o Law Offices of Steven G. Fauth, LLC
Attn: Russell G. Monaco, Esq.
40 Wall Street, 28th Floor
New York, New York 10005

Industrial Sales Company Inc. a/k/a Indusco
c/o Wade Clark Mulcahy
Attn: Georgia Coats, Esq.
111 Broadway
New York, NY 10006

Insurance Company of Greater New York et al
c/o Gwertzman Lefkowitz Burman Smith & Marcus
Attn: David Smith, Esq.
80 Broad Street
New York, NY 10004

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

James Kennelly
c/o Seligson, Rothman & Rothman
Attn: Alyne I. Diamond
29 West 30th Street
New York, New York 10013

JBS Construction Management, Inc.
c/o L'Abbate, Balkan, Colavita & Contini, LLP
Attn: Lee Sacket, Esq.
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530

Jean Squeri
c/o Godosky & Gentile, P.C.
Attn: Robert E. Godosky, Esq.
61 Broadway
New York, New York 10006

Jennifer Battistello et al
c/o Jaroslawicz And Jaros
Attn: Elizabeth Eilender, Esq.
225 Broadway, 24th Floor
New York, New York 10007

Jessica Gallone et al
c/o Sullivan Papain Block Mcgrath & Cannavo P.C.
Attn: Vito Cannavo, Esq.
120 Broadway – 18th Floor
New York, New York 10271

JLJD LLC
48 3rd St
Kearny, NJ 07032-4589

John & Madelyn Kosky
214 Hickory Grade Road
Bridgeville, PA 15017

John P. La Greco
c/o Godosky & Gentile, P.C.
Attn: Robert E. Godosky, Esq.
61 Broadway
New York, New York 10006

Jose Rivera
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Jose Villa Capellan
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Joy Contractors, Inc.
c/o Litchfield Cavo LLP
Attn: Edward Fogarty, Jr.
420 Lexington Avenue, Suite 2104
New York, New York 10170

Kamco Supply Corp
c/o Duane Morris, LLP
Attn: Brian J. Markowitz, Esq.
1540 Broadway
New York, NY 10036

Kevin Lordan
c/o Abend & Silber, PLLC
Attn: Richard H. Abend, Esq.
419 Park Avenue S., 2nd Floor
New York, New York 10016

Langan Engineering & Environmental Services, Inc.
c/o Lewis Brisbois Bisgaard & Smith, LLP
Attn: David M. Pollack, Esq.
77 Water Street, 21st Floor
New York, New York 10005

LDT Enterprises
1590 Troy Avenue
Brooklyn, NY 11234

Lexington Insurance Co.
c/o Frenkel Lambert Weiss Weisman & Gordon, LLP
Attn: Richard Lambert, Esq.
61 Broadway, Suite 2020
New York, New York 10006

Lift-All Company, Inc.
c/o London Fischer LLP
Attn: Anthony F. Tagliagambe, Esq.
59 Maiden Lane
New York, New York 10038

Liftex Corporation
c/o Brody, Benard & Branch LLP
Attn: Neil Brody, Esq.
205 Lexington Avenue, 4th Floor
New York, New York 10016

Local 15
44-40 11th Street
Long Island City, NY 11101

Local 66 - International Union Of Operating Engineers
111 Zeta Drive
Pittsburgh, PA 15238

Local Union 825
65 Springfield Avenue
Springfield, NJ 07081

Magnum Real Estate Group
c/o Clyde & Co US LLP
Attn: Francis J. Messina, Esq.
405 Lexington Avenue, 16th Floor
New York, NY 10174

Marcus Martin et al
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Margaret R. Schorsch
c/o Julien & Schlesinger, P.C.
Attn: Michael S. Schlesinger, Esq.
One Whitehall Street, 17th Floor
New York, New York 10004

Maria Leo, for the estate of Donald Leo
c/o Bernadette Panzella, P.C.
114 E. 13 St
New York, NY 10003

Mary Fricke-Punzi
c/o The Catafago Law Firm, P.C.
The Empire State Building
350 Fifth Avenue, Suite 4810
New York, New York   10118

Matthew DePouli et al
c/o Bernstein Levine Cherney LLP
Attn: Hartley T. Bernstein, Esq.
767 Third Avenue, 30th Floor
New York, New York 10017

Metro Wire Rope Corporation
c/o Methfessel & Werbel, Esqs.
Attn: Fredric Paul Gallin, Esq.
450 Seventh Avenue, Suite 1400
New York, New York 10123

Metropolitan Property and Casualty Ins Co
c/o Panteris & Panteris, LLP
Attn: George Panteris, Esq.
19-02 Whitestone Expressway, Suite 401
Whitestone, New York 11357

Michael Brooks and Monique Brooks
c/o Polin, Prisco & Villafane, Esqs
Attn: Andrew D. Polin, Esq.
One School Street, Suite 206
Glen Cove, New York 11542

New York State Insurance Fund
199 Church St.
New York, NY 10007

New York State Sales Tax Section
W.A. Harriman Campus
Albany, NY 12227

New York State Urban Development Corp.
c/o Haworth Coleman & Gerstman
Attn: Barry Gerstman, Esq.
45 Broadway, 21st Fl.
New York NY 10006

NJ Division of Taxation
Revenue Processing Center
P.O. Box 999
Trenton, NJ 08646

NYC Dept Of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY 11201

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Office of the Corporation Counsel of the City of New York
Attn: Hugh Henderson Shull III
100 Church St
New York, NY 10007-2601

Omar Cambridge
c/o Wingate, Russotti, Shapiro & Halperin, LLP
Attn: Kenneth J. Halperin, Esq.
420 Lexington Ave., Ste. 2750
New York, NY 10170

Pennsylvania State Workers Insurance Fund
100 Lackawana Ave.
Scranton, PA 18505

PNC Aviation Finance
249 Fifth Avenue One PNC Plaza
Pittsburgh, PA 15222

QBE Insurance Corporation et al
c/o Abrams, Gorelick, Friedman & Jacobson, LLP
Michael E. Gorelick, Esq.
One Battery Park Plaza – 4th Floor
New York, New York 10004

Queens West Development Corp.
c/o Haworth Coleman & Gerstman
Attn: Barry Gerstman, Esq. & Abigail Rossman, Esq.
45 Broadway, 21st Fl.
New York NY 10006

Rapetti Rigging Service
129 Atlantic Avenue
Massapequa Park, NY 11762

Raphael Dixon
c/o Cassisi & Cassisi, P.C.
Attn: Tod P. Groman, Esq.
114 Old Country Road, Ste. 440
Mineola, NY 11501

Rasmi Yilmaz
c/o Sipsas & Nazrisho, PC
Attn: Russ N. Nazrisho, Esq.
33-19 30th Ave., St 101
Astoria, NY 11103

Rebecca Kerrs and Anne Cutshall
c/o Elovich & Adell, Esqs.
Attn: Darryn Solotoff, Esq.
164 West Park Avenue
Long Beach, New York 11561

Reliance Construction Ltd. et al
c/o Gallo Vitucci Klar Pinter & Cogan
Attn: Howard Klar, Esq.
90 Broad Street, 3rd Floor
New York, New York 10004

Richard Antoniello et al
c/o The Catafago Law Firm, P.C.
Attn: Steven Kaiser, Esq.
350 Fifth Avenue, Suite 4810
New York, New York   10118

Richmond Fraser and Kenda Fraser
c/o Raphaelson & Levine Law Firm, P.C.
Attn: Howard A. Raphaelson, Esq.
14 Penn Plaza, Ste. 1718
New York, NY 10122

Robert Panarella and Doreen Panarella
c/o Napoli Bern Ripka Shkolnik, LLP
Attn: Joseph Napoli, Esq.
350 Fifth Avenue, Suite 7413
New York, NY 10118

Robert Tucker and Amy Tucker
c/o Ronemus & Vilensky
Attn: Nadia Lescott, Esq.
112 Madison Avenue – 2nd Floor
New York, New York 10016

Sarcona Management
123 Pennsylvania Avenue
S. Kearny, NJ 07032

Shaw Belting Co.
c/o Rivkin Radler, LLP
Attn: Jacqueline Bushwack, Esq.
926 RXR Plaza
Uniondale, NY 11556

Sorbara Construction Corp.
c/o Anderson Kill P.C.
Attn: Robert M. Horkovich, Esq.
1251 Avenue of the Americas
New York, New York 10020

State Farm Fire & Casualty Company et al
c/o Law Offices Of Stuart D. Markowitz
Attn: Stuart D. Markowitz, Esq.
575 Jericho Turnpike, Suite 210
Jericho, NY 11753

State of New Jersey
Dep't of Taxation
PO Box 264
Trenton, NJ 08695-0264

State Of Pennsylvania
Dept Of Revenue
P.O. Box 280406
Harrisburg, PA 17128

Stonington Ins Co a/s/o Fubar Partners
c/o Gennet, Kallmann, Antin & Robinson, P.C.
Attn: Donald G. Sweetman, Esq.
6 Campus Drive
Parsippany, New Jersey 07054

Stroh Engineering
c/o Morgan Melhuish Abrutyn
Attn: Joseph DeDonato, Esq.
39 Broadway 35th Floor
New York, New York 10006

Teamsters Local 11 (Truck Drivers)
810 Belmont Avenue, Suite 101
North Haledon, NJ 07508

The City of New York
c/o Fabiani Cohen & Hall, LLP
Attn: Michael P. Tobin, Esq.
570 Lexington Avenue
New York, New York 10022

The Crosby Group, LLC
c/o Wollmuth Maher & Deutsch, LLP
Attn: Adam M. Bialek, Esq.
500 Fifth Avenue
New York, New York 10110

The Manitowoc Company, Inc., et al
c/o Morrison Mahoney LLP
Attn: Brian P. Heermance, Esq.
120 Broadway, Suite 1010
New York, New York 10271

The Manitowoc Company, Inc., et al
c/o Trabucco & Menard, PLLC
Attn: Joseph P. Trabucco, Esq.
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

United States Steel Corporation
Attn: Kevin Hendrick, Esq.
c/o 500 Woodward Avenue, Ste. 3500
Detroit, MI 48226

Victor Guanaquiza
c/o Worldwide Legal Services, P.C.
Attn: Jorge Mena
P.O. Box 378
West Hempstead, New York 11552

Weinstock Brothers Corporation
c/o Callan, Koster, Brady & Brennan, LLP
Attn: Vincent A. Nagler, Esq.
One Whitehall Street, 10th Floor
New York, New York 10004

William Rapetti and Audrey Rapetti
c/o Edelman & Edelman, PC
Attn: Myron Rosen, Esq.
61 Broadway, Suite 3010
New York, NY 10006

Xhevahire Sinanaj and Selvi Sinanovic
c/o Susan M. Karten & Associates LLP
Attn: Susan M. Karten, Esq.
200 W. 57th Street, Suite 602
New York, NY 10019-3211

Yaritza Villa
c/o Keogh Crispi, P.C.
Attn: Pat James Crispi, Esq.
521 Fifth Avenue, Ste. 1470
New York, NY 10175

Zurich American Insurance Company
c/o Coughlin Duffy, LLP
Attn: Adam M. Smith, Esq.
88 Pine Street, 28th Floor
New York, New York 10005