```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ x
In Re:                                                 :
                                                       :   Case No. 16-40043 (CEC)
New York Crane & Equipment Corp., et al.              :   Case No. 16-40044 (CEC)
                                                       :   Case No. 16-40045 (CEC)
                                                       :   Case No. 16-40048 (CEC)
                        Debtors.                       :
                                                       :   Chapter 11
                                                       :
------------------------------------------------------ x   Jointly Administered
```

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of *New York Crane & Equipment Corp., et al.*:

1. Maria Leo, as Administratrix for the Estate of Donald C. Leo
   87 Prescott Avenue
   New York, New York 10306
   tel: 917-743-0314

2. Xhevahire Sinanaj, as Administratrix for the Estate of Ramadan Kurtaj
   2501 Wilson Avenue
   Bronx, New York 10469
   tel: 347-751-4838

1

3.      Sorbara Construction Corp.
        270 Broadway
        Lynbrook, New York 11563
        tel: 516-887-5447
        Attn: Joseph Sorbara

Dated: New York, New York
       February 12, 2016

                  Respectfully submitted,

                  WILLIAM K. HARRINGTON
                  UNITED STATES TRUSTEE, REGION 2

        By:   */s/ Nazar Khodorovsky*
                  Nazar Khodorovsky
                  Trial Attorney
                  201 Varick Street, Suite 1006
                  New York, New York 10014
                  Tel. No. (212) 510-0500